No. 108, Orig. NEBRASKA v. WYOMING ET AL. Joint motion to refer motions for leave to file amended pleadings to the Special Master granted. Motion of Nebraska for leave to file an amended petition referred to the Special Master for his recommendation. Motion of Wyoming for leave to file amended counterclaims and cross-claims referred to the Special Master for his recommendation. The Special Master is requested to file his report and recommendation on the motions to amend within 120 days. [For earlier order herein, see, e. g., ante, p. 941.]

No. 92–2058. HAWAIIAN AIRLINES, INC. v. NORRIS; and FINAZZO ET AL. v. NORRIS. Sup. Ct. Haw. [Certiorari granted, ante, p. 1083.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 92–8556. NICHOLS v. UNITED STATES. C. A. 6th Cir. [Certiorari granted, 509 U. S. 953.] Motion of petitioner for compensation in excess of the statutory limitation denied.

No. 93–609. MORGAN STANLEY & CO. INC. ET AL. v. PACIFIC MUTUAL LIFE INSURANCE CO. ET AL. C. A. 5th Cir. [Certiorari granted, ante, p. 1039.] Motion of respondents for divided argument granted. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 93–744. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR v. GREENWICH COLLIERIES ET AL.; and DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR v. MAHER TERMINALS, INC., ET AL. C. A. 3d Cir. [Certiorari granted, ante, p. 1068.] Motions of respondents Maher Terminals, Inc., and Pasqualina Santoro for divided argument denied.

No. 93–880. MADSEN ET AL. v. WOMEN'S HEALTH CENTER, INC., ET AL. Sup. Ct. Fla. [Certiorari granted, ante, p. 1084.] Motion of American Federation of Labor and Congress of Industrial Organizations for leave to file a brief as amicus curiae granted.